Printed: 12/29/10 12:06 PM  
Page: 1

# Claims Distribution Small Checks

**Trustee: JOSIAH L. MASON (550220)**

**Case:** 09-64270 - MILLER, GEORGE LESLEY

| Account No. | Check No. Issued | Claim No. Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 920071331850066 | 118  12/29/10 | 15  04/14/10 | 610 | Payee: U.S. Bankruptcy Court<br>Recovery Management Systems Corporation<br>For Capital Recovery III LLC, As<br>Assignee of GE Capital - JC Penney Co,25<br>Miami, FL 33131 | 194.55 | 194.55 | Check Amount: 3.90 | $3.90<br>3.90 |

(*) Denotes objection to Amount Filed

FILED  
2011 JAN -5 AM 11:34  
CANTON

```
   UNITED STATES
 BANKRUPTCY COURT

 Northern District of Ohio
    CANTON Division

  R1 - 00060902
 Intake deputy: 2000696 (S. Es.)

 January 05, 2011 11:41:00

 Code    Case #    Qty    Amount
 UF - UNCLAIMED FUNDS
     09-64270RK    1@    $3.90CK
   Debtor - Miller
   Payment Type - CHECK
   Check Number - 119

 TOTAL  -    $3.90
 TEND   -     3.90
 CHANGE-      0.00

 FROM: JOSIAH L MASON
       153 W MAIN ST
       P O BOX 345
       ASHLAND  OH  44805
```